OAO91 (Rev. 12/03) Criminal Complaint

# UNITED STATES DISTRICT COURT

Eastern DISTRICT OF Texas

FILED
U.S DISTRICT COURT
EASTERN DISTRICT OF TEXAS

JAN 30 2013

BY DAVID J. MALAND, CLERK
DEPUTY

UNITED STATES OF AMERICA
V.

VICTOR HERNANDEZ-VAZQUEZ (1)
JOSE ANTONIO RODRIGUEZ (2)

CRIMINAL COMPLAINT

Case Number: 4:13MJ35

(Name and Address of Defendant)

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about __1/26/2013__ (Date) in __Denton__ County, in the __Eastern__ District of __Texas__ defendant(s) did,

(Track Statutory Language of Offense)
knowingly and intentionally possess and conspire to possess a firearm while being an alien illegally and unlawfully in the United States.

in violation of Title __18, 8__ United States Code, Section(s) __922 (d)(5) and 371, 1326__.

I further state that I am a(n) __SA Ismael X. Velez, HSI__ and that this complaint is based on the following facts:
Official Title

See attached Affidavit.

Continued on the attached sheet and made a part of this complaint: ☒ Yes ☐ No

_____
Signature of Complainant

SA Ismael X. Velez, HSI
Printed Name of Complainant

Sworn to before me and signed in my presence,

1/30/2013                                          at   Sherman          Texas
Date                                                    City             State

Amos L. Mazzant        U.S. Magistrate              _____
Name of Judge          Title of Judge               Signature of Judge