IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

UNITED STATES OF AMERICA

VS.                                                              CASE NUMBER 4:13mj35

RODRIGUEZ, JOSE ANTONIO

RECEIPT FOR PASSPORT

Surrendered by DEFENDANT: Jose Antonio Rodriguez

Passport:    USA

Passport Number: 457442949

.

Pursuant to Order setting Conditions of Release signed by, Magistrate Judge Amos L. Mazzant on 1/31/2013.

Receive  Date: February 1, 2013 in Plano, TX.

 /s/_____
Faye Thompson
Dcket Specialist