THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| vs. | § § § | CRIMINAL NO. 4:13MJ35 |
| JOSE ANTONIO RODRIGUEZ (2) | § | |

## WAIVER OF PRELIMINARY EXAMINATION OR HEARING

I, JOSE ANTONIO RODRIGUEZ, charged with a violation of Title 18, USC, Section 922(d), having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary examination/hearing, do hereby waive (give up) my right to a preliminary examination/hearing.

_____
Defendant

1/31/2013
_____
Date

_____
Defendant's Attorney