IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. 4:13cr15 |
| | § | |
| JOSE ANTONIO RODRIGUEZ (2) | § | |

**ORDER GRANTING DEFENDANT'S MOTION FOR CONTINUANCE**

Before the court is Defendant's motion for continuance [de#69]. The court finds as

follows:

1.      The request for continuance is made knowingly, intelligently and voluntarily;

2.      There are no objections by the Government to a continuance of the case;

3.      The ends of justice served by granting the Defendant's request outweigh the best

    interest of the public and the Defendant  in a speedy trial; and

4.      This continuance is required to assure the necessary time for counsel to

    effectively prepare for trial, taking into account the exercise of due diligence.

Defendant's motion is  **GRANTED,** and this case is **RESET** for pretrial hearing on

**Monday, November 4, 2013, at  9:00 a.m.**


    **SIGNED this the 3rd day of October, 2013.**



                                          _Richard A. Schell_
                                          RICHARD A. SCHELL
                                          UNITED STATES DISTRICT JUDGE