IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

UNITED STATES OF AMERICA

VS.                                        CASE NUMBER : 4:13cr15-02
                                                         4!3mj35

Jose Antonio Rodriguez

RECEIPT FOR PASSPORT

Returned to DEFENDANT: Jose Antonio Rodriguez

Passport Number:    457442949

Country:    USA

Return of US Passport on 12/15/2014 by permission of US Probation Officer, Fred Forman.

Date: 12/15/2014

                                /s/   Faye Thompson, Docket Specialist
                                  (Your name and title)